IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **ERINN HENDRICKSON,**<br><br>     Plaintiff,<br>v.<br><br>**KEN WALLER, COUNTY EXECUTIVE, SHERIFF OF JEFFERSON COUNTY, JEFFERSON COUNTY JAIL, KEVIN CARLE, RON ARNHART, JOHN DOE 1, CORRECTIONAL OFFICER JOHN DOE 2, CORRECTIONAL OFFICER,**<br><br>     Defendants. | Cause No.   4:17-cv-00217<br><br>*Removed from Circuit Court of the 23rd Judicial Circuit, Cause No. 16JE-CC00728* |

**CERTIFICATE: NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL**

Defendants, by the undersigned counsel, certify that on the 17th day of January, 2017, a Notice to State Court of Removal and Notice to Adverse Party of Removal, were served via the State Court's electronic filing system upon the following:

Phillip Dennis
Dennis Law Firm
5340 Delmar, Ste. 101
St. Louis, MO 63112
fiatman@earthlink.net
*Co-counsel for Plaintiff*

Steven H. Thai
Law Office of Steven H. Thai, LLC
6042 N. Lindbergh Blvd., Ste. 200
St. Louis, MO 63042
stevethai@hotmail.com
*Co-counsel for Plaintiff*

Michael Reuther, Clerk of the Circuit Court of
the 23rd Judicial Circuit
300 Main St.
P.O. Box 100
Hillsboro, MO 63050

Further that a hard copy was served upon Plaintiff's Counsel via US Mail postage prepaid.

1

        KING, KREHBIEL & HELLMICH, LLC

By:   */s/  William A. Hellmich*
     William A. Hellmich #31182MO
     2000 South Hanley Road
     St. Louis, MO  63144-1524
     Phone: 314-646-1110
     Fax:    314-646-1122
     E-mail:bhellmich@kingkrehbiel.com
*Attorneys for Defendants*