# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| L.H., et al.,                                ) | |
|         **Plaintiffs,**         ) | |
|                         ) | Case No. 4:17-CV-00217-SPM |
| vs.                                          ) | |
| JEFFERSON COUNTY, MISSOURI, et al.,  ) | |
|         **Defendants.**         ) | |

### DEFENDANTS CORRECT CARE SOLUTIONS, LLC f/k/a CHC COMPANIES, INC., AND DR. GLYNN'S RESPONSE IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT

COMES NOW Defendants Correct Care Solutions, LLC f/k/a CHC Companies, Inc. (hereinafter "CCS") and Dr. "John Doe Glenn" (hereinafter "Dr. Glynn[1]") and provides the following Response in Support of Plaintiff Ciara Valentine's Motion to Enforce Settlement Agreement [Doc. 85]:

1. Defendants CCS and Dr. Glynn join in Plaintiff Ciara Valentine's Motion to Enforce Settlement [Doc. 85] and incorporate by reference all arguments made in the Memorandum in Support [Doc. 86].

2. Defendants further note that since December 20, 2017, when the mediation was held, all parties have proceeded forward with the understanding that a settlement had been reached and that the only issue that was still be resolved was the distribution of the settlement amongst the various Plaintiffs.  This is evidenced not only by the ADR Compliance Report that was filed on December 26, 2017 [Doc. 79], but also the Consent Motion that was filed on January 23, 2018, asking for additional time to finalize the settlement documents [Doc. 81].

---

[1] Dr. Paul Glynn was improperly named as Dr. "John Doe" Glenn in the Fourth Amended Complaint.

3. The first notice that any of the Plaintiffs intended to contest the existence of a settlement came on February 20, 2018, two months after the mediation, when new counsel for Ms. Hendrickson indicated that she no longer believed the settlement was in the best interest of the minors.

4. However, the ultimate determination of what is in the best interest of the minors resides with the Court, not Ms. Hendrickson.  RSMo. § 507.184.3.

5. Based on this, and the arguments made by Plaintiff Ciara Valentine in her Memorandum in Support of the Motion to Enforce Settlement [Doc. 86], Defendants CCS and Dr. Glynn are requesting the Court enter its Order enforcing the settlement reached at the mediation on December 20, 2017.

WHEREFORE, based on the above and foregoing, Defendants Correct Care Solutions, LLC f/k/a CHC Companies, Inc., and Dr. "John Doe Glenn" request an Order from this Court enforcing the settlement reached on December 20, 2017 and for such other relief the Court finds just and necessary.

Respectfully submitted,

 */s/ Tracy M. Hayes*
Tracy M. Hayes            MO #58555
SANDERS WARREN RUSSELL & SCHEER LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, KS  66210
Phone:  913-234-6100
Fax:  913-234-6199
t.hayes@swrsllp.com
**ATTORNEYS FOR CORRECT CARE SOLUTIONS, LLC f/k/a CHC COMPANIES, INC. and DR. PAUL GLYNN**

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 27th day of February, 2018, the foregoing was electronically filed with the Clerk of the District Court using the CM/ECF system, which will send notice of electronic filing to all registered attorneys of record.

Albert S. Watkins
Michael Schwade
KODNER AND WATKINS
7800 Forsyth Boulevard, Suite 700
St. Louis, MO  63105
Phone: 314-727-9111
Fax: 314-727-9110
albertswatkins@kwklaw.net
mschwade@kwklaw.net
**Attorneys for Plaintiffs**

Philip H. Dennis, II
DENNIS LAW FIRM
5340 Delmar, Suite 101
St. Louis, MO  63112
Phone:314-371-7300
Fax: 314-371-7500
fiatman@earthlink.net
**Attorneys for Plaintiffs**

Steven H. Thai
LAW OFFICE OF STEVEN H. THAI, LLC
6042 N. Lindbergh Boulevard, Suite 200
St. Louis, MO  63042
Phone: 314-603-8744
Fax: 314-895-8897
stevethai@hotmail.com
**Attorneys for Plaintiffs**

William A. Hellmich
Jason S. Retter
KING, KREHBIEL & HELLMICH, LLC
2000 South Hanley Road
St. Louis, MO  63144-1524
Phone: 314-646-1110
Fax: 314-646-1122
bhellmich@kkhhb.com
jretter@kkhhb.com
**Attorneys for Jefferson County, Missouri, Dave Marshak, Timothy Bennett, Michael Collins, Kevin Karl, Jacob Hurley, Kirk Biehle, Scott Johnson, Susan Coleman, and Tenesha Cash**

Andrew B. Protzman
PROTZMAN LAW FIRM, LLC
1100 Main Street, Suite 2550
Kansas City, MO  64105
Phone: 816-421-5100
Fax: 816-421-5105
andy@protzmanloaw.com
**Attorneys for Erinn Hendrickson, Next Friend of Minors L.H., L.E., J.E., and A.K.**

William P. Hogan
WILLIAM P. HOGAN, LLC
1900 Locust Street, Suite 302
St. Louis, MO  63103
Phone: 314-421-2680
Fax:  314-588-7803
billhogan@sbcglobal.com
**Attorneys for Ciara Valentine**

　　　　　　　　　　　　　　　　　　　　　 */s/ Tracy M. Hayes*
　　　　　　　　　　　　　　　　　　　　　  Attorney