## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ERINN HENDRICKSON,  Plaintiff, | |
| v. | Cause No: 4:17-CV-00217 |
| JEFFERSON COUNTY, *et al*  Defendant. | |

## DEFENDANTS JEFFERSON COUNTY, ET AL. JOINDER IN PENDING MOTION TO ENFORCE SETTLEMENT

Come now Defendants Jefferson County, Dave Marshak, Timothy Bennett, Michael Collins, Tenesa Cash, Kevin Karl, Jacob Hurley, Kirk Biehle, Scott Johnson and Susan Coleman and join in, adopt, and expressly incorporate herein *Plaintiff Ciara Valentine's Motion to Enforce Settlement Agreement* [Doc. 85] and *Defendant's Correct Care Solutions, LLC and Dr. Glynn's Response in Support of Motion to Enforce Settlement*. [Doc. 90].

WHEREFORE, Defendant's Jefferson County, Dave Marshak, Timothy Bennett, Michael Collins, Tenesa Cash, Kevin Karl, Jacob Hurley, Kirk Biehle, Scott Johnson and Susan Coleman respectfully request an Order enforcing the settlement reached at the mediation held on December 20, 2017 and for such other relief as the Court deems just and proper.

Respectfully submitted,

KING, KREHBIEL & HELLMICH, LLC

By: */s/ William A. Hellmich*
William A. Hellmich, #31182MO
2000 South Hanley Road
Saint Louis, MO 63144-1524
(314) 646-1110  Phone
(314) 646-1122  Facsimile
Email: bhellmich@kkhhb.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

  The undersigned herby certifies that on the 27th day of February, 2018, served via the Court's electronic filing system to the following:

| | |
|---|---|
| Phillip Dennis<br>Dennis Law Firm<br>5340 Delmar – Suite 101<br>Saint Louis, MO 63112<br>fiatman@earthlink.net<br>*Co-counsel for Plaintiff* | Steven H. Thai<br>Law Office of Steven H. Thai, LLC<br>6042 N. Lindbergh Blvd – Suite 200<br>Saint Louis, MO 63042<br>stevethai@hotmail.com<br>*Co-counsel for Plaintiff* |
| Albert S. Watkins<br>Michael Schwade<br>Kodner and Watkins<br>7800 Forsyth Blvd. – Suite 700<br>Saint Louis, MO 63105<br>albertswatkins@kwklaw.net<br>mschwade@kwklaw.net | Andrew B. Protzman<br>Protzman Law Firm, LLC<br>1100 Main Street, Suite 2550<br>Kansas City MO 64105<br>andy@protzmanloaw.com<br>*Counsel for Erinn Hendrickson, Next Friend of Minors, L.H., L.E., J.E., and A.K.* |
| William P. Hogan<br>William P. Hogan, LLC<br>1900 Locust Street, Suite 302<br>St. Louis MO 63103<br>billhogan@sbcglobal.com<br>*Attorneys for Ciara Valentine* | Tracy M. Hayes<br>Sanders Warren Russell & Scheer LLP<br>40 Corporate Woods<br>9401 Indian Creek Parkway Suite 1250<br>Overland Park KS 66210<br>t.hayes@swrsllp.com<br>*Attorneys for Correct Care Solutions, LLC f/k/a CHC Companies, Inc. and Dr. Paul Glynn* |

             */s/ William A. Hellmich*
             William A. Hellmich, #31182MO