

Attachment 1

Dennis Law Firm
Philip H. Dennis
5340 Delmar, Suite 101
St. Louis, Mo. 63112
314-371-7300

August 10, 2018
Invoice Number: 1004

Edwards Plaintiffs

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| | **Previous Balance** | | | | $0.00 |
| 8/10/2018 | Services rendered in the above cause as co-counsel<br>Client counsel, assembling of the clients, assessment of case, and retrieval of documents from all prior lawyers.<br>Creation of petition, creation of agreement between parties, selection of the representative.<br>Attending the state court docket, attending the Federal court docket, answering the motion and appearances on the court date.<br>Search for prime lawyer, interview of the firms and attending the initial and follow-up meetings.<br>Appearance at Rule conference with court.<br>Filling in Watkins and setting up the meeting with plaintiffs.<br>Appearance at the court scheduling hearing.<br>Receipt of the Motions and responding and discussions about the strategic responses with Watkins counsel.  Legal research. | 80.00 | $250.00 | $0.00 | $20,000.00 |
| | **Amount Due** | 80.00 | | | $20,000.00 |

Thank You! - Balance is due upon receipt
1.5% interest per month on unpaid balances